UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 08-327

UNITED STATES OF AMERICA v. Martin Taccetta
                                          Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. Martin Taccetta, (SBI #000165492A, DOB: 05/02/51), is now confined in New Jersey State Prison.

2. Said individual will be required at United States District Court, before the Honorable Stanley R. Chesler on Tuesday, December 15, 2009, at 12:00 p.m. for a Plea in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: December 2, 2009

_____
Assistant United States Attorney
Petitioner RONALD D. WIGLER

ORDER FOR WRIT: Let the Writ Issue.

DATED: 12/2/09

_____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS: The United States of America to

WARDEN, New Jersey State Prison

WE COMMAND YOU that you have the body of Martin Taccetta, now confined in New Jersey State Prison brought to the United States District Court before the Honorable Stanley R. Chesler in Newark, New Jersey on Tuesday, December 15, 2009 at 12:00 pm, for a Plea in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in a safe and secure manner.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, NJ.

DATED: 12/2/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk