UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. STANLEY R. CHESLER |
| v. | : | Crim. No. 08-327(SRC) |
| ANDREW MEROLA, ET AL. | : | ORDER |

This matter having been opened to the Court on the joint application of the United States of America and the defendant Martin Taccetta (through his counsel), for an order declaring this matter to be a complex case pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii); and the Court having considered the arguments of counsel; and the defendant being aware that absent such a finding they would have a right to be tried within seventy days of his first appearance in this district in connection with this matter, pursuant to 18 U.S.C. § 3161(c)(1); and the charges being the result of a lengthy investigation and the defendant needing sufficient time to review extensive discovery and to investigate the charges and file motions in this case; and Paul J. Fishman, United States Attorney for the District of New Jersey (Bohdan Vitvitsky, Assistant U.S. Attorney, appearing) having concurred in the assertion that this matter is complex as defined in the statute; and the Court having

found that an order granting a continuance of the proceedings in the above-captioned matter should be entered, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case involves allegations of racketeering that occurred over several years.

2. The discovery in the case is voluminous, in that it includes, among other things, over 39,000 wire intercepts and the execution of numerous searches.

3. The defendant and his counsel need time to review the extensive discovery in this matter.

4. In light of the allegations, the defendant needs sufficient time to investigate the charges.

5. In light of the discovery and depending upon the results of their respective investigations, the defendant will need time to determine whether or not to file motions in this matter and what motions should be filed.

6. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act.

7. The defendant consents to the aforementioned continuance.

8. The grant of a continuance will enable counsel for the defendant to adequately review the discovery, prepare motions and proceed with trial.

9. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 3rd day of March, 2010

ORDERED that the this matter is hereby designated a complex case;

IT IS FURTHER ORDERED THAT the proceedings in the above-captioned matter are continued from March 12, 2010 to and including July 6, 2010;

IT IS FURTHER ORDERED that the period between March 12, 2010, and July 6, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that the Government shall file its papers in opposition to defendant's motions no later than March 22, 2010; and

IT IS FURTHER ORDERED that the return date and time for the pretrial motions is April 6 at 10:00; and

3

IT IS FURTHER ORDERED that trial shall commence on July 6, 2010.

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Bohdan Vitvitsky
Assistant U.S. Attorney

_____
Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

4