UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 08-327 (SRC) |
| v. | : | Hon. Stanley R. Chesler |
| MARTIN TACCETTA | : | **ORDER** |

Written pretrial motions having come before the Court on the motion of defendant Martin Taccetta (Maria DelGaizo Noto, Esq., appearing), the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Bohdan Vitvitsky, Assistant U.S. Attorney, appearing) having filed a written response thereto, and oral argument on the motions having been heard on May 18, 2010; and

The Court having considered the written submissions as well as oral arguments;

For the reasons set forth on the record at oral argument;

IT IS on this 26 day of May, 2010, hereby ORDERED that:

1. Defendant's motion for Federal Rule of Evidence 404(b) evidence is denied as moot;

2. Defendant's motion for Federal Rule of Criminal Procedure 16 discovery is denied as moot;

3. Defendant's motion for a bill of particulars is denied as set forth on the record;

4. Defendant's motion for severance is denied as moot;

5. Defendant's motion seeking a list of the Government's witnesses is denied as set

1

forth on the record; Defendant's motion for so-called Giglio material is denied as moot insofar as the Government has volunteered to produce any Giglio material three days prior to a witness's testifying;

6. Defendant's motion seeking to have Government agents preserve rough notes of interviews is granted;

7. Defendant's motion seeking Brady material is moot as the Government acknowledges awareness of its ongoing responsibility promptly to produce any such material;

8. Defendant's motion seeking to have the confidential informant's identity revealed is denied as moot insofar as the Government has made that revelation;

9. Defendant's motion seeking permission to make a suppression motion is denied insofar as there are no statements to suppress;

10. Defendant's motion for a Miranda hearing on any custodial statements is denied as moot;

11. Defendant's motion for a Wade hearing on any out-of-court identifications is denied as moot;

12. Defendant's motion to join the motions of other defendants is denied as moot;

13. Defendant's motion for leave to file additional pretrial motions is denied; this denial does not, however, apply to trial briefs that counsel may wish to file.

HON. STANLEY R. CHESLER
United States District Judge