UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Honorable Stanley R. Chesler

v. : Criminal No. 08-327

MARTIN TACCETTA : ORDER FOR DISMISSAL

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Counts 5, 12 and 13 of the Indictment, Criminal No. 08-327(SRC), against Martin Taccetta, which Indictment was filed on May 2, 2008, charging him with: conspiracy to collect an extension of credit by extortionate means in violation of 18 U.S.C. 894; conspiracy to demand and receive unlawful labor payments in violation of 18 U.S.C. § 371; and demanding and receiving unlawful labor payments in violation of 29 U.S.C. § 186(a)(2), (b)(1) and (d)(2) and 18 U.S.C. § 2, because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is without prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 6/9/10

HONORABLE STANLEY R. CHESLER
United States District Judge