# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  :  Plaintiff, :  :  v. :  :  MARTIN TACCETTA, :  :  Defendant. :  :  : | Criminal No. 08-327 (SRC)  **ORDER** |

This matter having come before the Court on Defendant Martin Taccetta's motion for the return of seized property (Docket Entry No. 387); and

**IT APPEARING** that the United States of America has stated that the property at issue is not in its possession, but rather in the possession of the Union County Prosecutor; therefore

**IT IS** on this 11th day of August, 2010,

**ORDERED** that Defendant Martin Taccetta's motion for return of seized property (Docket Entry No. 387) is **DENIED** as moot.

        s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.